

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Gibb Gilchrist, President
Agricultural and Mechanical College of Texas
College Station, Texas

Dear Mr. Gilchrist:          Opinion No. O-6832

Re: Is the A. & M. College required
to pay taxes on its land to the Bur-
leson County Improvement District No.
17.

In your letter you state that the Agricultural and
Mechanical College of Texas owns three separate tracts of
land in Burleson County, located in the Burleson County Im-
provement District No. 1, which has outstanding bonds. You
ask us the following question: "May we therefore ask you to
advise us whether or not the Agricultural and Mechanical Col-
lege is subject to and can legally pay the special levee tax
mentioned above (assessed by the District to pay said bonds)
on its land and other property located in Burleson County Im-
provement District No. 1."

In our Opinion No. O-1861, addressed to Honorable
J. W. Calhoun, Comptroller of the University of Texas, ap-
proved February 28, 1940, we held that property conveyed to
the Board of Regents, for the use and benefit of the Univer-
sity of Texas, was exempt from all taxes. We think this
opinion is applicable to the question you submit, and that
the A. & M. College is exempt from the payment of said tax
to the Burleson County Improvement District No. 1. We en-
close herewith a copy of said opinion.

In addition to the authorities cited in the above
opinion, we call your attention to an opinion written by the
Court of Civil Appeals in the case of Lower Colorado River
Authority v. Chemical Bank & Trust Company, 185 S. W. (2)
461, in which the Court of Civil Appeals held that the Lower
Colorado River Authority was exempt from the payment of all
taxes on its property which is used for governmental pur-
poses.

○ COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Gibb Gilchrist - page 2

This morning, October 31st., the Supreme Court affirmed the judgment of the Court of Civil Appeals.

It is therefore our opinion that the Agricultural & Mechanical College is exempt from the payment of taxes to the Burleson County Improvement District No. 1.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Geo. W. Barcus
Assistant

GWB-MR

Enclosure

APPROVED NOV 5-1945

FIRST ASSISTANT
ATTORNEY GENERAL